# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

--------------------------------------------------------

ELAINE WANG,                          :
                                      :
          Plaintiff,            :   Case No. 1:20-cv-01600-LPS
                                      :
v.                                    :
                                      :
PARSLEY ENERGY, INC., BRYAN           :
SHEFFIELD, MATT GALLAGHER, A.R.       :
ALAMEDDINE, RONALD BROKMEYER,         :
WILLIAM L. BROWNING, HEMANG           :
DESAI, KAREN HUGHES, JAMES J.         :
KLECKNER, DAVID H. SMITH, S. WIL      :
VANLOH, JR., and JERRY WINDLINGER,    :
                                      :
          Defendants.           :

--------------------------------------------------------

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 29, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*

Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
Email: melwani@whafh.com